IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHELLE MAHN,                                    Case No.: 13-cv-00468

-vs.-

NATIONWIDE DEBT MANAGEMENT SOLUTIONS, LLC

---

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

---

Plaintiff Michelle Mahn requests that entry of judgment by default be entered against defendant Nationwide Debt Management Solutions, LLC pursuant to Federal Rule of Civil procedure 55(b). In support of this request plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated this 22 day of November, 2013

_____
Attorney for Plaintiff