IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHELLE MAHN,

        Plaintiff,

                                        Case No. 13-cv-468-wmc

    v.

NATIONWIDE DEBT MANAGEMENT
SOLUTIONS, LLC,

        Defendant.

---

DEFAULT JUDGMENT

---

      The defendant, Nationwide Debt Management Solutions, LLC, having failed to appear, plead or otherwise defend in this action, and default having been entered on November 8, 2013, and counsel for plaintiff Michelle Mahn having requested judgment against the defaulted defendant and having filed a proper motion and affidavit in accordance with Fed. R. Civ. P. 55(a) and (b);

      Judgment is hereby entered in favor of plaintiff Michelle Mahn against defendant Nationwide Debt Management Solutions, LLC in the amount of $1,000.00 plus interest on the judgment at the legal rate until the judgment is satisfied.

                _____s/ A. Wiseman, Deputy Clerk_____        _____May 8, 2014_____
                     Peter Oppeneer, Clerk of Court                             Date